NICHOLS v. D. J. ROSE, INC.

No. 346P99

Case below: 133 N.C.App. 657

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

PATRICK v. ALLSTATE INS. CO.

No. 149PA99

Case below: 350 N.C. 835

132 N.C.App. 586

Petition by plaintiff for rehearing of the order of this Court allowing defendant's petition for discretionary review for a limited purpose denied 13 September 1999.

PERKINS v. ARKANSAS TRUCKING SERVICES, INC.

No. 422PA99

Case below: 134 N.C.App. 490

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 November 1999.

PERRITT v. ST. PIERRE

No. 266P99

Case below: 133 N.C.App. 190

Petition by defendant (City of Greensboro) for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

ROSS v. ROSS

No. 436P99

Case below: 134 N.C.App. 731

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999.